UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOE THORNBLAD,　　　　　　　　　　　　Civil No. 09-1768 JNE/SRN

　　　　Plaintiff,

v.

　　　　　　　　　　　　　　　　　　　　ORDER

Attorney General ROBIN CHRISTOPHER,
VUE-BENSON, LANCE, LYNN HILL,
PAUL SCHUENEMAN, PETE SEXE,
RACHAEL HELLER, MIKE KNOWSKI,
MELONY WURTZBERBER, KATHY
DRISKELL, and LARRY TEBRAKE,

　　　　Defendants.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated October 6, 2009. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Plaintiff's Application To Proceed <u>In Forma Pauperis</u>, (Docket No. 2), is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

DATED: _October 26, 2009.

　　　　　　　　　　　　　　　　　　　　s/ Joan N. Ericksen
　　　　　　　　　　　　　　　　　　　　Judge Joan N. Ericksen
　　　　　　　　　　　　　　　　　　　　United States District Court Judge